# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

———————————————

**No. 201700361**

———————————————

## UNITED STATES OF AMERICA
Appellee

v.

## JEREMY R. HENDERSON
Sergeant (E-5), U.S. Marine Corps
Appellant

———————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Terrance J. Reese, USMC.
Convening Authority: Commanding Officer, 2d Assault Amphibian
Battalion, 2d Marine Division, Camp Lejeune, NC.
Staff Judge Advocate's Recommendation: Captain Betrand A.
Pourteau, USMC.
For Appellant: Captain William S. Laragy, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————————

Decided 23 March 2018

———————————————

Before MARKS, WOODARD, and GERDING, *Appellate Military Judges*

———————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court